# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jason S. Planck**
           Plaintiff
   vs.                               **CASE NUMBER: 1:12-CV-336 (GTS/DRH)**

**Schenectady County; Karen Johnson; Robert Hoffman; Michael Petta; Gary Hughes; Philip Fields; Jeffrey McDonald; Jim Buhrmaster; Dr. Brian Gordon; Thomas Constantine; Martin Finn; Cathy Gatta, Judy Dagostino; Anthony Jasenski, Sr.; Angelo Santabarbara and Holly Vellano**
           Defendant(s)

**Decision by Court.**  This action came to hearing before the Court.
                          The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

It is ordered that plaintiff's Motion for Reconsideration is DENIED, plaintiff's Letter Request/Motion for a report from the court is DENIED, plaintiff's Motion for Preliminary Injunction is DENIED, and defendants' Cross Motion to Dismiss for Failure to State a Claim is GRANTED, the Complaint filed by Jason S. Planck is DISMISSED with prejudice except for his claims against Schenectady County, which are DISMISSED without prejudice to refiling in state court within 30 days of this Decision & Order. The Court certifies, for purposes of 28 USC section 1915(a)(3), that any appeal taken from this Decision and Order would not be taken in good faith.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 1st day of June, 2012.

DATED: June 1, 2012

                                                           Clerk of Court

                                                           s/

                                                           Joanne Bleskoski
                                                           Deputy Clerk